60 A.3d 492

IN THE MATTER OF JERROLD N. KAMINSKY, AN ATTORNEY AT LAW (ATTORNEY NO. 010511977).

February 27, 2013.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **JERROLD N. KAMINSKY** of **KENDALL PARK,** who was admitted to the bar of this State in 1977, and who was suspended from the practice of law for a period of three months, effective October 11, 2012, by Order of this Court filed September 12, 2012, be restored to the practice of law, effective immediately; and it is further

ORDERED that **JERROLD N. KAMINSKY** shall complete his annual attorney registration and pay all required fees for 2013 within sixty days after the filing date of this Order.